**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEHIGH GAS WHOLESALE, LLC,** | **:** | |
| | **:** | **CIVIL ACTION** |
| **Plaintiff,** | **:** | |
| | **:** | **No. 14-5536** |
| **v.** | **:** | |
| | **:** | |
| **LAP PETROLEUM, LCC,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## <u>ORDER</u>

This 23rd day March, 2015, for the reasons stated in my accompanying memorandum opinion, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, Motion to Transfer Venue is **GRANTED**.

This case is therefore **TRANSFERRED** to the Eastern District of Virginia.


                                    _____ /s/ Gerald Austin McHugh
                                    United States District Court Judge